UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE FLORES,

                          Plaintiff,

              v.                                              26-CV-667 (RA)

UPPER EAST SIDE FOOD CORP.; EAST                             ORDER
SIDE PIZZA CORP. (d/b/a LA MIA PIZZA);
HESHAM ATTIA; and RICHARD ATTIA,
individually,

                          Defendants.

RONNIE ABRAMS, United States District Judge:

        On February 23, 2026, Plaintiff filed an affidavit of service stating that Defendants were served

on February 10, 2026.  Defendants' answers were due on March 3, 2026. None of the Defendants have

appeared, answered, or otherwise responded to the Complaint.  Defendants shall do so or seek an

extension by April 17, 2026.  If Defendants fail to do so, and Plaintiff intends to move for default

judgment, it shall do so by May 1, 2026.

        Plaintiff shall serve a copy of this Order on Defendants by April 10, 2026 and promptly file

proof of such service on the docket.

SO ORDERED.

Dated:     April 6, 2026
           New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge